IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-00025-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICIA JEANETTE JACOBY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion to alter restitution during the course of her incarceration (DE 30). The government has indicated that it does not intend to file a response to the instant motion. Nevertheless, where input from the government on this matter would aid in the court's decision-making, the government is DIRECTED to file a response to defendant's motion within 14 days of entry of this order.

SO ORDERED, this the 23rd day of May, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge