IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:08CR000025-001FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PATRICIA JEANETTE JACOBY, | ) | |
| Defendant, | ) | |

For good cause having been shown upon Plaintiff's Motion and Memorandum of Law, it is hereby ordered that the Plaintiff is granted leave of this Court to take the depositions of judgment defendant, Patricia Jeanette Jacoby.

SO ORDERED this **20th** day of **June**, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge